# IN THE SUPREME COURT OF THE STATE OF NEVADA

THE STATE OF NEVADA,
                Appellant,

vs.

CRISTOBAL VILLA-MEDEROS,
                Respondent.

No. 81923

**FILED**

NOV 13 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
CHIEF DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is the state's appeal from an order granting respondent's motion to suppress. Second Judicial District Court, Washoe County; Connie J. Steinheimer, Judge.

Because it appeared the notice of appeal required pursuant to NRS 177.105(2) was untimely filed, this court entered an order directing appellant to show cause why the appeal should not be dismissed for lack of jurisdiction. Appellant has responded and moves to voluntarily dismiss this appeal. Appellant concedes that the notice of appeal was untimely, resulting in a jurisdictional defect, and further indicates that the State no longer wishes to pursue this appeal. The request for a voluntary dismissal is granted, and this court

ORDERS this appeal DISMISSED.

_____, J.
Gibbons

_____, J.
Stiglich

_____, J.
Silver

21-41482

cc:     Hon. Connie J. Steinheimer, District Judge
        Attorney General/Carson City
        Washoe County District Attorney
        Washoe County Public Defender
        Washoe District Court Clerk